Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 19−34028−maw**

**In re:**
Suzana T. Novak
**Aka** −Suzana T. Wellmerling
7795 Sand Beach Rd.
Oak Harbor, OH 43449

**Social Security No.:**
xxx−xx−1509

### NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF AND ABANDONMENT

Citizens Bank, N.A. filed papers with the Court requesting Relief and Abandonment regarding 7795 Sand Beach Road. The Preliminary Hearing will not be held absent a response filed with this Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before January 21, 2020 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Ericka S. Parker Trustee
P.O. Box 262
Curtice, OH 43412

**Debtor's Attorney**
Patricia A. Kovacs
PO Box 257
Curtice, OH 43412

**Movant's Attorney**
Johna M. Bella
405 Madison Avenue, Ste 2200
Toledo, Ohio 43604

**And attend the hearing scheduled for:**
Thursday, January 30, 2020 at 9:30 a.m.
1716 Spielbusch, Courtroom #2, RM 103
Toledo, Ohio 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** January 6, 2020
Form ohnb233

For the Court
Josiah C. Sell, Clerk