The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: January 6 2020**

Mary Ann Whipple
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No. 19-34028 |
| | ) | |
| Suzana T. Novak | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | JUDGE MARY ANN WHIPPLE |
| | ) | |

### ORDER TO SHOW CAUSE

This matter comes before the court on the failure of the Debtor(s) to file the required **Schedules A/B-J, Attorney Disclosure Statement, Means Test Form, Summary of Assets and Liabilities, Statement of Financial Affairs, Statement of Intent, and Employee Income Records** on or before January 3, 2020, as required. This case was commenced on December 20, 2019, and the filings missing from the case are material; the case cannot proceed without them.

It is **THEREFORE ORDERED THAT DEBTOR(S) SHOW CAUSE** as to why the above-named Chapter 7 case should not be **dismissed** for want of prosecution, by filing the **required documents,** or by filing another response to this show cause order.

It is **FURTHER ORDERED** that the required documents**,** or other response to this Order to Show Cause must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43604, **NO LATER THAN JANUARY 13, 2020, BY 4:00 P.M., OR THE CASE SHALL BE DISMISSED WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR HEARING.**

# # #