The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: January 30 2020**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OFOHIO

In re:　　　　　　　　　　　　　　　　　CASE NO. 19-34028

Suzana T. Novak　　　　　　　　　　　　CHAPTER 7

　Debtor.　　　　　　　　　　　　　　　JUDGE MARY ANN WHIPPLE

　　　　　　　　　　　　　　　　　　　ORDER GRANTING MOTION OF
　　　　　　　　　　　　　　　　　　　CITIZENS BANK, N.A FOR RELIEF
　　　　　　　　　　　　　　　　　　　FROM STAY AND ABANDONMENT

　　　　　　　　　　　　　　　　　　　7795 Sand Beach Rd., Oak Harbor OH 43449

　　　This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Citizens, N.A., ("Movant") (Docket #11). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 7795 Sand Beach Rd., Oak Harbor OH 43449.

###

SUBMITTED BY:

/s/ Johna M. Bella
Johna M. Bella (0034567)
Goranson, Parker & Bella
405 Madison Avenue, Suite 2200
Toledo, Ohio 43604
Telephone: 419-244-9500
Telecopier: 419-244-9510
jbella@gpblaw.com
Attorney for Movant

## SERVICE LIST

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service):

Suzana T. Novak
7795 Sand Beach Rd.
Oak Harbor OH 43449

Unknown Spouse of
Suzana T. Novak
7795 Sand Beach Rd.
Oak Harbor OH 43449

American Express National Bank c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041

The following parties served via the Court's CM/ECF system and are listed on the Court's Electronic Mail Notice List:

- Patricia A. Kovacs    patricia.a.kovacs@gmail.com, r57796@notify.bestcase.com
- Ericka S. Parker Trustee    esparker@sbcglobal.net, oh04@ecfcbis.com
- United States Trustee    (Registered address)@usdoj.gov